[No. 9853-5-I. Division One. December 20, 1982.]

JOHN EDWARD McDERMOTT, *Respondent,* v. MICHAEL J. CHERRY, ET AL, *Appellants,* JANE DOE McDERMOTT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-10109-9, Anthony P. Wartnik, J., entered December 5, 1980. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, A.C.J., and

Ringold, J.